NUMBER
13-02-510-CV

 

                                             COURT
OF APPEALS

 

                                  THIRTEENTH
DISTRICT OF TEXAS

 

                                                CORPUS
CHRISTI

_________________________________________________________________

 

ALICIA
P. LEVITAS, INDIVIDUALLY AND AS 

ADMINISTRATRIX
OF THE ESTATE OF SARAH 

PASOL
FACTOR, DECEASED,                                                                                           Appellant,

 

                                                                             v.

 

PEDRO
L. BARRAZA, INDIVIDUALLY AND D/B/A

BARRAZA
FAMILY LIMITED PARTNERSHIP, ET AL.,                                                    Appellees.

_________________________________________________________________

 

                                              On
appeal from the 357th District Court

                                                        of Cameron County, Texas.

_________________________________________________________________

 

                                                    O
P I N I O N

 

                                    Before Justices Dorsey, Rodriguez, and Castillo

                                                             Opinion
Per Curiam

 








Appellant, Alicia P.
Levitas, Individually and as Administratrix of the Estate of Sarah Pasol
Factor, Deceased, perfected an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in cause
number 2001-10-4369-E.  No
clerk=s record
has been filed due to appellant=s failure to pay or make arrangements to
pay the clerk=s fee for preparing the clerk=s
record.  

If the trial court clerk fails to file the
clerk=s record
because the appellant failed to pay or make arrangements to pay the clerk=s fee
for preparing the clerk=s record, the appellate court may dismiss
the appeal for want of prosecution unless the appellant was entitled to proceed
without payment of costs.  Tex. R. App. P. 37.3(b).

On October 16, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R.
App. P. 37.3(b).  Appellant was given ten days to explain why
the cause should not be dismissed.  To
date, no response has been received from appellant. 

The Court, having examined and fully
considered the documents on file, appellant=s
failure to pay or make arrangements to pay the clerk=s fee
for preparing the clerk=s record,  this Court=s
notice, and appellant=s failure to respond, is of the opinion
that the appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Do not
publish.

Tex. R. App. P. 47.3.

Opinion
delivered and filed

this the 19th day of December, 2002.